In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00201-CR

                                                ______________________________

 

 

                            DANIEL DONGRELE LINDLEY,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 8th Judicial District Court

                                                           Hopkins County, Texas

                                                          Trial Court
No. 0819780

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Daniel
Dongrele Lindley has appealed the trial court’s judgment adjudicating him
guilty of attempted capital murder and sentencing him to forty-five years’
incarceration.  We overrule Lindley’s
points of error and affirm the trial court’s judgment and sentence for the
reasons set forth in our opinion issued this date in Lindley’s companion case, Lindley v. State, cause number 06-09-00200-CR.  Please see our opinion in that case for a
detailed examination of the issues and law governing these cases.[1]  

             

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          November
30, 2010

Date Decided:             December
17, 2010

 

Do Not Publish           

 

 

 

 

 











[1]Lindley
has addressed both trial court causes in a single brief, and the issues and
facts in the two cases are the same.